IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUCAS FENIK,
    Plaintiff,

v.                                                    Case No. 3:06cv514/RV/EMT

ONE WATER PLACE, et al.,
    Defendants.
_____/

## O R D E R

       This cause is before the court upon Plaintiff's Motion to Disqualify, Strike Pleadings of One Water Place, LLC, Set Evidentiary Hearing, and Stay Proceedings and Supporting Memorandum of Law (Doc. 32); Motion to Stay Proceedings and Supporting Memorandum of Law (Doc. 33); Emergency Motion to Stay Proceedings, to Quash Notices of Depositions, for Protective Order and Supporting Memorandum of Law (Doc. 34); and Defendants' responses thereto (Docs. 36, 38).

       Plaintiff's motions, in part, concern depositions that are currently scheduled for February 13 (tomorrow) and February 20, 2007. The court is in the process of drafting a lengthy order disposing of each of Plaintiff's motions; however, the court will not be able to publish the order sufficiently in advance of the deposition scheduled for February 13. Thus, the parties are advised that the deposition scheduled for February 13, 2007 shall be cancelled. The court expects to issue its final ruling within two (2) days.

       **SO ORDERED** this 12th day of February 2007.


                                       /s/ *Elizabeth M. Timothy*
                                       **ELIZABETH M. TIMOTHY**
                                       **UNITED STATES MAGISTRATE JUDGE**