IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUCAS FENIK,
    Plaintiff,

v.                              Case No. 3:06cv514/RV/EMT

ONE WATER PLACE, et al.,
    Defendants.
_____/

**O R D E R**

       This cause is before the court upon Defendants Real Estate International, Inc., Sterling Realty, LLC, and Jason Elder's Motion to Deem Request for Admissions as Admitted (Doc. 37) and Motion to Compel (Doc. 40). The court notes that Defendants conferred with Plaintiff prior to filing their motions as required by Local Rule 7.1(B), but they have informed the court only that they "were unsuccessful in resolving such dispute" (*see* Doc. 40, ¶ 2). Thus, the reason for Plaintiff's objections to Defendants' motions is unknown, but the court suspects that Plaintiff may have delayed discovery pending this court's ruling on Plaintiff's motion to disqualify counsel for Defendant One Water Place, LLC (and related motions) (*see* Docs. 32, 33, 34). Because the court has now ruled on Plaintiff's motions (*see* Doc. 41), Defendants shall be required to again confer with Plaintiff in an effort to resolve the issues contained in the instant motions (Docs. 37, 40). If the parties are able to resolve these matters, Defendants shall advise the court. If the parties are unable to reach a resolution, Plaintiff shall be required to respond to Defendants' motions.

       Accordingly, it is **ORDERED**:

       1.    The parties shall confer <u>in person or telephonically</u> on or before **TUESDAY, FEBRUARY 20, 2007** in a good faith effort to resolve the issues raised in Defendants' motions (Docs. 37, 40).

       2.    If an agreement is reached, Defendants shall advise the court no later than

**WEDNESDAY, FEBRUARY 21, 2007**.  If no agreement is reached, Plaintiff shall respond to Defendants' motions on or before **THURSDAY, FEBRUARY 22, 2007**.

**DONE AND ORDERED** this 14th day of February 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**