IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUCAS FENIK,
    Plaintiff,

v.   Case No. 3:06cv514/RV/EMT

ONE WATER PLACE, et al.,
    Defendants.
_____/

**O R D E R**

This cause is before the court upon Defendants Real Estate International, Inc., Sterling Realty, LLC, and Jason Elder's Motion to Deem Request for Admissions as Admitted (Doc. 37) and Motion to Compel (Doc. 40).  Upon review of Defendants' motions, the court directed the parties to confer in a good faith effort to resolve the matters raised in each motion (*see* Doc. 42). Defendants have now filed a notice of withdrawal of both motions, indicating that parties have conferred and Plaintiff has now satisfactorily responded to Defendants' discovery requests (*see* Doc. 47).

Accordingly, it is **ORDERED**:

Defendants Real Estate International, Inc., Sterling Realty, LLC, and Jason Elder's Motion to Deem Request for Admissions as Admitted (Doc. 37) and Motion to Compel (Doc. 40) are **DENIED as moot**.

**DONE AND ORDERED** this 27th day of February 2007.

                /s/ *Elizabeth M. Timothy*
                **ELIZABETH M. TIMOTHY**
                **UNITED STATES MAGISTRATE JUDGE**